IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DONNIE LEE RILEY**                                                  **PLAINTIFF**
**ADC #600288**

v.                      **CASE NO. 4:11CV00162 BSM**

**POPE COUNTY**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order entered today, plaintiff's claims are dismissed with prejudice, and the relief sought is denied. An appeal from this judgment is considered frivolous and not in good faith.

Dated this 15th day of April, 2011.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE